# ELECTRONIC RECORD

COA #   01-15-00377-CR

OFFENSE:   Failure to Stop & Render Aid

STYLE:   Henry Guedes Pages v. The State of Texas

COUNTY:   Travis

COA DISPOSITION:   REVERSE AND REMAND

TRIAL COURT:   County Court at Law No. 8

DATE: 03/17/2016          Publish: NO   TC CASE #:   C-1-CR-14-400141

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Henry Guedes Pages v. The State of Texas

_____ SPA'S _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _Nov 23, 2016_

JUDGE: _PC_

CCA #:   _999-16_

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**